UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | M.B.D. NO. 05MBD 10185 GAO |
| ) | |
| CHARLES JOHNSON ) | |

### JOINT MOTION OF THE PARTIES TO EXCLUDE 30 DAYS

Defendant Charles Johnson ("Johnson") is currently charged by way of complaint in 2005-M0453-RBC with unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). Herein, the parties jointly move for to exclude a period of time (30 days) from the time within which the government would otherwise have to obtain an indictment or file an information. In support thereof, undersigned counsel represent as follows:

1. The defendant first appeared before Magistrate Judge Collings on March 31, 2005.

2. Thereafter the parties embarked on discussions in an attempt to resolve this criminal proceeding by agreement of the parties. Those discussions remain ongoing.

3. The parties agreed orally on April 26, 2005, that the defendant would waive his right to be charged by indictment or information within 30 days of his arrest, in order to allow such discussions to continue.

4. The parties are hopeful that the requested 30 day exclusion will permit the parties to reach a plea agreement

5/2/05: Granted & so ordered.

before the government is required or inclined to seek an indictment.

WHEREFOR, both parties move, under 18 U.S.C. § 3161(h)(8)(A) and § 5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 30 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. § 3161(b).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ S. Waqar Hasib

S. WAQAR HASIB
Spec. Assistant U.S. Attorney

April 29, 2005