5/27 to 6/27/05

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | M.B.D. NO. |
| | ) | |
| CHARLES JOHNSON | ) | |

SECOND JOINT MOTION OF THE PARTIES TO EXCLUDE 30 DAYS

Defendant Charles Johnson ("Johnson") is currently charged by way of complaint in 2005-M0453-RBC with unlawful possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). Herein, the parties jointly move to exclude a period of 30 days from the time within which the government would otherwise have to obtain an indictment or file an information. In support thereof, undersigned counsel represent as follows:

   1. The defendant first appeared before Magistrate Judge Collings on March 31, 2005.

   2. Thereafter the parties embarked on discussions in an attempt to resolve this criminal proceeding by agreement of the parties. Discussions are continuing, and a plea agreement appears likely.

   3. On May 2, this Court granted the parties' first joint motion to exclude 30 days.

   4. The parties are confident that the requested additional 30 day exclusion will permit the parties to reach a plea agreement before the government is required or inclined to seek an indictment.

WHEREFOR, both parties move, under 18 U.S.C. § 3161(h)(8)(A) and § 5(c)(1)(A) of the Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the requested 30 days in computing the time within which an information or an indictment must be filed under 18 U.S.C. § 3161(b).

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: _____
    S. WAQAR HASIB
    Spec. Assistant U.S. Attorney

May 26, 2005